**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD LIEBERMAN, SR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID MARINO, et al., | : | NO. 06-2745 |

**O R D E R**

**AND NOW, TO WIT:** This 7th day of April, 2010, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:   s/Lynn Meyer
          Lynn Meyer
          Deputy Clerk

cc:   John Karoly, Esquire (e-mail)
        Andrew Bellwoar, Esquire (e-mail)
        Michael Taylor, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Lieberman v. Marino 06-2745 - 41b order.wpd